Pension Trust Fund for Operating Engineers Local 3, et. al. v. McMorgan and Company, et. al.    Doc. 6

Case 2:06-cv-00904-WBS-EFB    Document 6    Filed 05/03/2006    Page 1 of 3

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                             ----oo0oo----
```

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>        Plaintiffs,<br><br>   v.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100 INCLUSIVE,<br><br>        Defendants.<br>_____/ | NO. CIV. S-06-0904 WBS JFM<br><br>RELATED CASE ORDER |

//

//

```
 1  PENSION TRUST FUND FOR OPERATING
    ENGINEERS LOCAL 3, et al.,
 2                                              NO. CIV. 2:06-0905 FCD-PAN
              Plaintiffs,
 3       v.
 4  MCMORGAN & CO., et al,
 5            Defendants.
                                     /
 6  _____
 7  PENSION TRUST FUND FOR OPERATING
    ENGINEERS LOCAL 3, et al.,
 8
              Plaintiffs,
 9
         v.                                     NO. CIV. 2-06-0907 GEB-DAD
10
    MCMORGAN & CO., et al.,
11
              Defendants.
12  _____/
13                          ----oo0oo----
```

14           Examination of the above-entitled actions reveals that
15  these actions are related within the meaning of Local Rule 83-
16  123, E.D. Cal. (1997).  All cases involve the same plaintiffs,
17  the same defendants, and substantially the same claims.
18  Accordingly, the assignment of the matters to the same judge is
19  likely to effect a substantial saving of judicial effort and is
20  also likely to be convenient for the parties.  The parties should
21  be aware that relating the cases under Local Rule 83-123 merely
22  has the result that these actions are assigned to the same judge
23  and the same magistrate judge; no consolidation of the actions is
24  effected.

25           IT IS THEREFORE ORDERED that the actions denominated
26  Civ. 2:06-0905 FCD PAN and Civ. 2:06-0907 GEB DAD should be, and
27  the same hereby are, reassigned to the Honorable WILLIAM B. SHUBB
28  and Magistrate Judge John F. Moulds for all further proceedings.

Henceforth the captions on all documents filed in the reassigned cases shall be shown as Civ. S-06-0905 WBS JFM and Civ. S-06-0907 WBS JFM, and any dates currently set in the reassigned cases <u>only</u> are hereby VACATED.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

     IT IS SO ORDERED.

DATED:  May 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE