```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                             ----oo0oo----
```

PENSION TRUST FUND FOR
OPERATING ENGINEERS LOCAL 3;
BOARD OF TRUSTEES OF THE
PENSION TRUST FUND FOR
OPERATING ENGINEERS LOCAL 3;
JOHN BONILLA; GIL CROSTHWAITE;
ROBERT DOUB; THOMAS HOLSMAN;
JOHN HUMBER; JIM MURRAY;
RICHARD PIOMBO; RENE
VERERUYSSEN; KEN WALTERS;
LANCE WILHELM; CURTIS BROOKS;
RUSS BURNS; CARL GOFF; FRANK
HERRERA; T. ROBERT MILLER;
WALT POWERS; JOE VIEIRA;
ROB WISE,

NO. CIV. S-06-0904 WBS JFM

       Plaintiffs,

  v.

RELATED CASE ORDER

MCMORGAN & CO.; MCMORGAN &
COMPANY LLC; LIFFEY, LLC;
STANTON, KAY & WATSON; WEINBERG,
ROGER & ROSENFELD; VAN BOURG,
WEINBERG, ROGER & ROSENFELD;
JAMES WATSON; BARRY HINKLE;
EDWARD MEVI; DAVID HOWARD; PAYNE,
THOMPSON, WALKER & TAAFFE; AND
DOES 1 TO 100 INCLUSIVE,

       Defendants.
_____/

//

//

```
PENSION TRUST FUND FOR OPERATING
ENGINEERS LOCAL 3, et al.,
                                        NO. CIV. 2:06-0905 FCD-PAN
        Plaintiffs,
    v.

MCMORGAN & CO., et al,

        Defendants.
_____/

PENSION TRUST FUND FOR OPERATING
ENGINEERS LOCAL 3, et al.,

        Plaintiffs,

    v.                                  NO. CIV. 2-06-0907 GEB-DAD

MCMORGAN & CO., et al.,

        Defendants.
_____/
```

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  All cases involve the same plaintiffs, the same defendants, and substantially the same claims. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and the same magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the actions denominated Civ. 2:06-0905 FCD PAN and Civ. 2:06-0907 GEB DAD should be, and the same hereby are, reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge John F. Moulds for all further proceedings.

Henceforth the captions on all documents filed in the reassigned cases shall be shown as Civ. S-06-0905 WBS JFM and Civ. S-06-0907 WBS JFM, and any dates currently set in the reassigned cases only are hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  May 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE