1  J. Russell Stedman (117130), rstedman@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108
   Telephone:  (415) 434-2800
4  Facsimile:  (415) 434-2533

5  Attorneys for Defendants
   MCMORGAN & COMPANY LLC and DAVID
6  HOWARD

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  PENSION TRUST FUND FOR OPERATING    )   **CASE NO.:  2:06-CV-00904-WBS-JFM**
    ENGINEERS LOCAL 3; BOARD OF         )
12  TRUSTEES OF THE PENSION TRUST       )   **STIPULATION AND [PROPOSED]**
    FUND FOR OPERATING ENGINEERS        )   **ORDER CONTINUING DATES ON**
13  LOCAL 3; JOHN BONILLA; GIL          )   **MOTIONS TO DISMISS AND STATUS**
    CROSTHWAITE; ROBERT DOUB;           )   **(PRETRIAL SCHEDULING)**
14  THOMAS HOLSMAN; JOHN HUMBER;        )   **CONFERENCE**
    JIM MURRAY; RICHARD PIOMBO; RENE    )
15  VERERUYSSEN; KEN WALTERS; LANCE     )
    WILHELM; CURTIS BROOKS; RUSS        )   **Honorable William B. Shubb**
16  BURNS; CARL GOFF; FRANK HERRERA;    )
    T. ROBERT MILLER; WALT POWERS; JOE  )
17  VIEIRA; ROB WISE,                   )
                                        )
18              Plaintiffs,             )
                                        )
19         vs.                          )
                                        )
20  MCMORGAN & CO.; MCMORGAN &          )
    COMPANY LLC; LIFFEY, LLC; STANTON,  )
21  KAY & WATSON; WEINBERG, ROGER &     )
    ROSENFELD; VAN BOURG, WEINBERG,     )
22  ROGER & ROSENFELD; JAMES WATSON;    )
    BARRY HINKLE; EDWARD MEVI; DAVID    )
23  HOWARD; PAYNE, THOMPSON,            )
    WALKER & TAAFFE; AND DOES 1 TO      )
24  100, INCLUSIVE,                     )
                                        )
25              Defendants.            )
                                        )
26

27

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al.

2    and Defendants MCMORGAN & COMPANY LLC and DAVID HOWARD ("McMorgan

3    Defendants"), by and through their counsel, hereby stipulate to an approximate 45-day extension of

4    briefing/hearing dates on the Defendants' Motions to Dismiss State Law Claims Under Federal Rule

5    of Civil Procedure 12(b)(6) and the Status (Pretrial Scheduling) Conference.  Good cause exists for

6    the stipulated extension:

7    　　　　1.    The Plaintiffs and the McMorgan defendants are exploring the possibility of an early

8    private mediation that would address all of Plaintiff's claims.  The extension is sought to permit

9    these parties the opportunity to exchange information informally and/or pursuant to the required

10    disclosures of information and meet-and-confer between counsel under FRCP 26(f), and then

11    determine whether early mediation will be appropriate, without the need to complete the briefing

12    and hearing of the motion to dismiss, and to complete the Status Conference procedure; and

13    　　　　2.    The remaining Defendants are currently being served with the summons and

14    complaint, and will be invited to participate in the informational exchange and possible early

15    mediation, thereby promoting efforts to resolve as much of the case as possible at this early stage.

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

2:06-CV-00904-WBS-JFM

STIPULATION AND ORDER GRANTING 45-DAY EXTENSION

PDF created with pdfFactory trial version www.pdffactory.com

1    Based on the foregoing, Plaintiffs and the McMorgan Defendants jointly request an order

2  re-scheduling:

3    1.   The date of the hearing for Defendants' Motions to Dismiss from June 26, 2006 at

4  1:30 p.m. to August 7, 2006 at 1:30 p.m., with the opposition and reply briefing deadlines to be

5  based upon the new hearing date; and

6    2.   The Status (Pretrial Scheduling) Conference from July 31, 2006 at 9:00 a.m. to

7  September 11, 2006 at 9:00 a.m., with the statement submission deadline to be based on the new

8  date.

9    IT IS SO STIPULATED.

10    Dated:  June 7, 2006                BARGER & WOLEN LLP

11

12                                        By:____/s/ J. Russell Stedman_____
                                              J. Russell Stedman, Esq.
13                                            Attorneys for McMORGAN & COMPANY
                                              LLC and DAVID HOWARD
14

15    Dated:  June 7, 2006___            MASTAGNI, HOLSTEDT, AMICK, MILLER,
16                                        JOHNSEN & UHRHAMMER

17

18                                        By:____/s/ David Mastagni_____
                                              David Mastagni, Esq.
19                                            Attorneys for PENSION TRUST FUND FOR
                                              OPERATION ENGINEERS LOCAL 3 ET AL.
20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-3-                                2:06-CV-00904-WBS-JFM

STIPULATION AND ORDER GRANTING 45-DAY EXTENSION

PDF created with pdfFactory trial version www.pdffactory.com

1

**[PROPOSED] ORDER**

2    THE FOREGOING PARTIES HAVING STIPULATED TO AN EXTENSION FOR OF

3  BRIEFING/HEARING DATES ON DEFENDANTS' MOTIONS TO DISMISS STATE LAW

4  CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND STATUS

5  (PRETRIAL SCHEDULING) CONFERENCE, AND GOOD CAUSE APPEARING

6  THEREFORE, IT IS HEREBY ORDERED that

7          1.          The hearing for the Defendants' Motions to Dismiss is re-scheduled to

8                       __August 7__, 2006 at 1:30 p.m., and the opposition and reply briefing

9                       deadlines will be based upon the new hearing date, and

10         2.          The Status (Pretrial Scheduling) Conference is re-scheduled to _

11         3.          September 11_,_2006 at 9:00 a.m., and the statement submission date will

12                      be based on the new Conference date.

13

14  Dated:  June 12, 2006

15

16  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-4-                                                           2:06-CV-00904-WBS-JFM

STIPULATION AND ORDER GRANTING 45-DAY EXTENSION

PDF created with pdfFactory trial version www.pdffactory.com