```
1  JAMES N. KRAMER (SBN 154709) (admission pending)
   GABRIEL Z. REYNOSO (SBN 234027)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    415-773-5700
   Facsimile:    415-773-5759
5  jkramer@orrick.com
   greynoso@orrick.com
6
   Attorneys for Defendant
7  LIFFEY, LLC
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>                    Defendants. | Case No.  2:06-CV-00904-WBS-JFM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br>**Honorable William B. Shubb** |

US_WEST:260050841.1
17884-2 GR0/GR0

2:06-CV-00904-WBS-JFM

1  Pursuant to Local Rule 83-143, Plaintiffs PENSION TRUST FUND FOR
2  OPERATION ENGINEERS LOCAL 3 et al. and Defendant LIFFEY, LLC ("Liffey"), hereby
3  stipulate by and through their attorneys of record that the time for Liffey to respond to the
4  complaint in this action is extended to September 18, 2006.

Dated: July 7, 2006  ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Gabriel Z. Reynoso
Gabriel Z. Reynoso
Attorneys for Defendant
LIFFEY, LLC

Dated: July 7, 2006  MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

/s/ Amanda Uhrhammer
Amanda Uhrhammer
Attorneys for Plaintiffs
PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al.

US_WEST:260050841.1
17884-2 GR0/GR0

- 2 -

2:06-CV-00904-WBS-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO AN EXTENSION OF TIME FOR LIFFEY, LLC TO RESPOND TO COMPLAINT, IT IS HEREBY ORDERED that

1. The time for Liffey to respond to the complaint in this action is extended to September 18, 2006.

Dated: July 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE