Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:  916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CIV.S-06-0904 WBS JFM<br><br>INITIAL STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

///

{9999/LBG/LBG/909814.DOC;}                1                Initial Stip. & [Proposed] Order for Ext. of Time
for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

1  an extension of time, up to and including September 18, 2006, for Payne to respond to
2  plaintiffs' complaint.
3      Various motions to dismiss or strike made by other defendants are currently pending
4  and now calendared for hearing on September 5, 2006, at 1:30 p.m.
5      Another defendant has been granted an extension of time to respond to the complaint
6  until September 18, 2006.
7      In the interest of avoiding unnecessary expense and in order that the pending motions
8  may be heard prior to Payne's response, counsel for plaintiffs and Payne have agreed Payne
9  need not respond to the complaint until September 18, 2006.

11  Dated: August 16, 2006

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
a law corporation

By: _____
    Louise Burda Gilbert
    State Bar No. 70957

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

19  Dated: August ___, 2006

MASTAGNI, HOLSTEDT, AMICK, MILLER,
JOHNSON & UHRHAMMER
A Professional Corporation

By: _____
    Amanda Uhrhammer
    State Bar No. 199445

Attorneys for Plaintiffs

25  ///
26  ///
27  ///
28  ///

{9999/LBG/LBG/909814.DOC;}     2     Initial Stip. & [Proposed] Order for Ext. of Time
for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to and including September 18, 2006 to respond to the plaintiffs' complaint.

Dated: September 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com