DAVID MASTAGNI/SBN 57721
AMANDA UHRHAMMER/SBN 199445
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
A Professional Corporation
1912 I Street
Sacramento, CA 95814
Telephone: (916) 446-4692
Facsimile: (916) 47-4614

Attorneys for Plaintiffs
PENSION TRUST FUND FOR OPERATING
ENGINEERS LOCAL 3; BOARD OF TRUSTEES
OF THE PENSION TRUST FUND FOR
OPERATING ENGINEERS LOCAL 3; JOHN
BONILLA; GIL CROSTHWAITE; ROBERT DOUB;
THOMAS HOLSMAN; JOHN HUMBER;
JIM MURRAY; RICHARD PIOMBO;
RENE VERERUYSSEN; KEN WALTERS;
LANCE WILHELM; CURTIS BROOKS;
RUSS BURNS; CARL GOFF; FRANK
HERRERA; T. ROBERT MILLER;
WALT POWERS; JOE VIEIRA; ROB WISE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE<br><br>Plaintiffs,<br>v.<br>MCMORGAN & CO.; MCMORGAN & COMPANY, LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENBERG; VAN BOURG, WEINBERG, ROGER & ROSENBERG; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE<br>Defendants.<br>_____// | **Case No.   2:06-CV-00904-WBS-PAN**<br><br>STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE, [~~PROPOSED~~ ORDER]<br><br>**Honorable William B. Shubb** |

STIPULATION and [PROPOSED] ORDER       1       **Case No.    2:06-CV-00904-WBS-PAN**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLAINTIFFS PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3, et al. AND DEFENDANTS MCMORGAN & COMPANY LLC; DAVID HOWARD; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; by and through their counsel, hereby stipulate and request to continue the Status Conference currently set for October 23, 2006 to December 18, 2006.  Good cause exists for the stipulated extension:

a) Parties are scheduled to mediate the case on December 4th and 5th, 2006, and are committed to serious efforts to resolve the matter at that time.  There will be a significant exchange of information prior to the mediation so as to facilitate the process and increase the chances of resolution.

b) Plaintiffs must amend their complaints by October 24, 2006 which may lead to further motions being filed.  If the Status Conference is continued to December 18, 2006, the pleadings will, in all likelihood, be final and the case may proceed more expeditiously at that time in the event settlement is not reached by December 4th and 5th, 2006.

Based on the foregoing, the parties jointly request an order re-scheduling the Status Conference to December 18, 2006

IT IS SO STIPULATED.

DATED: October 6 , 2006                    **BARGER & WOLEN, LLP**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Tino Do
　　　　　　　　　　　　　　　　　　　　　　　　TINO DO
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for MCMORGAN & COMPANY LLC
　　　　　　　　　　　　　　　　　　　　　　　　and DAVID HOWARD

| | | |
|---|---|---|
| 1 | DATED: October 6, 2006 | **KEKER & VAN NEST, LLP** |
| 2 | | |
| 3 | | /s/ Rachael Meny |
| | | Rachael Meny |
| 4 | | Attorneys for Defendant WEINBERG, ROGER & ROSENFELD AND BARRY HINKLE |
| 5 | | |
| 6 | | |
| 7 | DATED: October 6, 2006 | **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER** |
| 8 | | |
| 9 | | /s/ Amanda Uhrhammer |
| | | AMANDA UHRHAMMER |
| 10 | | Attorneys for PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al. |
| 11 | | |
| 12 | | |
| 13 | DATED: October 6 , 2006 | **MURPHY, PEARSON, BRADLEY & FEENEY** |
| 14 | | |
| 15 | | /s/ Thomas D'Amato |
| | | Thomas D'Amato |
| 16 | | Attorneys for Defendant STANTON, KAY & WATSON |

**ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO CONTINUE THE STATUS CONFERENCE TO DECEMBER 18, 2006 AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the Status Conference currently set for October 23, 2006 is continued to December 18, 2006 at 9:00 a.m..

Date:  October 10, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE