Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE, <br><br>Plaintiffs, <br><br>vs. <br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive, <br><br>Defendants. | Case No. CIV.S-06-0904 WBS EFB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

PDF created with pdfFactory trial version www.pdffactory.com

1  / / /

2  an extension of time, up to and including December 18, 2006, for Payne to
3  respond to plaintiffs' complaint.

4      Plaintiffs will be filing amended complaints on October 24, 2006.

5      A motion made by defendant Liffey was pending, but has been taken off
6  calendar.

7      The parties have scheduled a mediation for December 4 and 5, 2006 that
8  may impact the need for further proceedings.

9      No prejudice will occur if the time for Payne to respond is extended as
10 requested.

11

12 Dated: October 18, 2006          Respectfully submitted,

13                                       WEINTRAUB GENSHLEA CHEDIAK
14                                       a law corporation

15

16                                       By:  /S/   Louise Burda Gilbert
                                              Louise Burda Gilbert
17                                               State Bar No. 70957

18                                       Attorneys for Defendant
                                      Payne, Thompson, Walker & Taaffe

19

20 Dated: October 18, 2006          MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                      JOHNSON & UHRHAMMER
21                                         A Professional Corporation

22

23                                       By:  /S/   Amanda Uhrhammer

24                                         Amanda Uhrhammer
                                        State Bar No. 199445

25                                       Attorneys for Plaintiffs

26

27                                       <u>ORDER</u>

28     IT IS SO ORDERED that defendant Payne Thompson Walker & Taaffe shall

PDF created with pdfFactory trial version www.pdffactory.com

1  have up to and including December 18, 2006 to respond to the plaintiffs'
2  complaint.

3
4  Dated: October 19, 2006

5
6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

{12795/15369/LBG/923269.DOC;}   3   Initial Stip. & [Proposed] Order for Ext. of Time
for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com