J. Russell Stedman (117130), rstedman@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
MCMORGAN & COMPANY LLC and DAVID HOWARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>           Plaintiffs,<br><br>vs.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>           Defendants. | CASE NO.: 2:06-CV-00904-WBS-EFB<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>**Honorable William B. Shubb** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

2:06-CV-00904-WBS-EFB
STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED that Defendants McMorgan & Company LLC, David Howard, Weinberg, Roger & Rosenfeld, Barry Hinkle, Stanton, Kay & Watson, James Watson, and Edward Mevi shall have up to and including December 18, 2006 to respond to Plaintiffs' First Amended Complaint.

Dated: November 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                                      2:06-CV-00904-WBS-EFB
STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com