Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>     Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>     Defendants. | Case No. CIV.S-06-0904 WBS EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

{12795/15369/LBG/930590.DOC;}            1            Stip. & [Proposed] Order for Ext. of Time for
                                                      Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

1  / / /

2  an extension of time, up to and including April 13, 2007, for Payne to respond to
3  plaintiffs' complaint.

4  Payne has provided information to plaintiffs showing that Payne ceased
5  operations in 1995. Payne has also requested that plaintiffs dismiss Payne from
6  the lawsuit.

7  The parties have scheduled a mediation for March 2007 that may impact
8  the need for further proceedings.

9  No prejudice will occur if the time for Payne to respond is extended as
10 requested.

12 Dated: December __7__, 2006        Respectfully submitted,

13                                    WEINTRAUB GENSHLEA CHEDIAK
14                                    a law corporation

16                                    By:___/s/_____
                                          Louise Burda Gilbert
17                                        State Bar No. 70957

18                                    Attorneys for Defendant
                                      Payne, Thompson, Walker & Taaffe

20 Dated: December ___, 2006          MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                      JOHNSON & UHRHAMMER
21                                    A Professional Corporation

23                                    By:___/s/_____
                                          Amanda Uhrhammer
                                          State Bar No. 199445

24                                    Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

1
## ORDER

2   IT IS SO ORDERED that defendant Payne Thompson Walker & Taaffe shall
3   have up to and including April 13, 2007 to respond to the plaintiffs' complaint.
4
5   Dated: December 13, 2006

6   *[signature]*
7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com