Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558-6000
Facsimile: 916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE, <br><br>Plaintiffs, <br><br>vs. <br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive, <br><br>Defendants. | Case No. CIV.S-06-0904 WBS EFB <br><br>STIPULATION AND [P<s>ROPOSE</s>D] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

PDF created with pdfFactory trial version www.pdffactory.com

1  / / /

2  an extension of time, up to and including June 18, 2007, for Payne to respond to
3  plaintiffs' complaint.

4  Payne has provided information to plaintiffs showing that Payne ceased
5  operations in 1995.  Payne has also requested that plaintiffs dismiss Payne from
6  the lawsuit.

7  The parties have scheduled a mediation for May 2007 that may impact the
8  need for further proceedings.

9  No prejudice will occur if the time for Payne to respond is extended as
10 requested.

11

12 Dated:  April 6, 2007           Respectfully submitted,

13                                 WEINTRAUB GENSHLEA CHEDIAK
14                                 a law corporation

15

16                                 By:   /s/ - Louise Burda Gilbert
                                        Louise Burda Gilbert
17                                      State Bar No. 70957

18                                 Attorneys for Defendant
                                   Payne, Thompson, Walker & Taaffe

19

20 Dated:  April 6, 2007           ASTAGNI, HOLSTEDT, AMICK, MILLER,
                                   JOHNSON & UHRHAMMER
21                                 A Professional Corporation

22

23                                 By:   /s/ - Amanda Uhrhammer
                                        Amanda Uhrhammer
24                                      State Bar No. 199445

25                                 Attorneys for Plaintiffs

26

27                                   ORDER

28    IT IS SO ORDERED that defendant Payne Thompson Walker & Taaffe shall

---

{12795/15369/LBG/946656.DOC;}          2          Stip. & [Proposed] Order for Ext. of Time for
                                                  Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

have up to and including June 18, 2007 to respond to the plaintiffs' complaint.

Dated: April 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com