J. Russell Stedman (117130), rstedman@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
MCMORGAN & COMPANY LLC and DAVID HOWARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>vs.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:06-CV-00904-WBS-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>**Honorable William B. Shubb** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

2:06-CV-00904-WBS-EFB
STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al. and Defendants MCMORGAN & COMPANY LLC, DAVID HOWARD, LIFFEY, LLC, WEINBERG, ROGER & ROSENFELD (formerly known as VAN BOURG, WEINBERG, ROGER & ROSENFELD), BARRY HINKLE, STANTON, KAY & WATSON, JAMES WATSON and EDWARD MEVI ("Defendants"), by and through their counsel, hereby stipulate to dismissal of this action in its entirety with prejudice.

IT IS SO STIPULATED.

Dated: July __, 2007        BARGER & WOLEN LLP

By:   /s/ J. Russell Stedman
      J. Russell Stedman, Esq.
      Attorneys for McMORGAN & COMPANY
      LLC and DAVID HOWARD

Dated: July __, 2007        MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

By:   /s/ David Mastagni
      David Mastagni, Esq.
      Attorneys for PENSION TRUST FUND FOR
      OPERATION ENGINEERS LOCAL 3 ET AL.

Dated: July __, 2007        KEKER & VAN NEST LLP

By:   /s/ Rachael Meny
      Rachael Meny, Esq.
      Attorneys for WEINBERG, ROGER &
      ROSENFELD and BARRY HINKLE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                         2:06-CV-00904-WBS-EFB
STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: July __, 2007      MURPHY, PEARSON, BRADLEY & FEENEY LLP

2

3                                                By: /s/ John Feeney

4                                                      John Feeney, Esq.
Attorneys for STANTON, KAY & WATSON, JAMES WATSON and EDWARD MEVI

5

6

7 | Dated: July __, 2007      ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9                                                By: /s/ James Kramer
                                                     James Kramer, Esq.
Attorneys for LIFFEY, LLC

10–28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED that the above-captioned matter is dismissed in its entirety with

3  prejudice.

4  Dated: July 24, 2007

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-   2:06-CV-00904-WBS-EFB
STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com